IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:26-CR-122 |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| KEVIN JOSEPH HART | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Defendant filed a Motion for Severance of Count Four. [Dkt. 17.] Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, this motion was before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be granted. [Dkt. 25.] No objections were filed to the report and recommendation.

The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, and the Report of the United States Magistrate Judge [dkt. 25] is ADOPTED. It is therefore ORDERED that the Defendant's motion [dkt. 17] is GRANTED.

**SIGNED this 4th day of November, 2026.**

Michael J. Truncale
United States District Judge